UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT DANI EVANS,<br><br>      Plaintiff,<br><br> v.<br><br>MERIDIAN FINANCIAL SERVICES, INC,<br><br>      Defendant. | NO: 1:17-CV-3107-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 3.  Having reviewed the Notice and the record, the Court finds good cause to approval dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, **ECF No. 3**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1      4. All scheduled court hearings, if any, are **STRICKEN**.

2      **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

3  Order, provide copies to counsel, and **close this case**.

4      **DATED** July 21, 2017.

5

6                          *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2